STATE OF NEW YORK
SUPREME COURT                                              COUNTY OF OSWEGO

**CLAIRE E. HOSLEY**                                       Plaintiff designates
307 Maple Street                                           Oswego County as
Oswego, New York 13126                                     the place of trial.

                                                           **S U M M O N S**

                        Plaintiff,
                                                           Index No.:

    -vs-
                                                           Nature of the Action:
**CITY OF OSWEGO, NEW YORK**                               **Assault and Battery,**
13 West Oneida Street                                      **Negligence, Civil Rights,**
Oswego, New York 13126                                     **False Arrest and Malicious**
                                                           **Prosecution**

                        Defendant.
                                                           The basis of venue
                                                           is Defendant's location.

**TO THE ABOVE-NAMED DEFENDANT:**

    **YOU ARE HEREBY SUMMONED** to answer the Complaint in this action and to serve a copy of your Answer, or, if the Complaint is not served with this Summons, to serve a Notice of Appearance, on the Plaintiff's attorneys within twenty (20) days after the service of this Summons, exclusive of the day of service (or within thirty (30) days after the service is complete if this Summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the Complaint.

Dated: October 9, 2025

                                                    **COURTNEY S. RADICK, ESQ.**
                                                    Amdursky, Pelky, Fennell & Wallen, P.C.
                                                    Attorneys for Plaintiff
                                                    Office and Post Office Address:
                                                    26 East Oneida Street
                                                    Oswego, New York 13126-2695
                                                    Telephone.: (315) 343-6363
                                                    Email: cradick@apfwlaw.com

TO: **CITY OF OSWEGO, NEW YORK**
13 West Oneida Street
Oswego, New York 13126

STATE OF NEW YORK
SUPREME COURT                                                COUNTY OF OSWEGO

**CLAIRE E. HOSLEY**

                    Plaintiff,

                                                        **VERIFIED COMPLAINT**

-vs-

                                                        Index No.:

**CITY OF OSWEGO, NEW YORK**

                    Defendant.

       Plaintiff, Claire E. Hosley, complaining of the Defendant herein, by and through her attorneys, Amdursky, Pelky, Fennell & Wallen, P.C., states and alleges as follows:

       1.     That at all times hereinafter mentioned, the Plaintiff, Claire E. Hosley, was a resident of the City of Oswego, County of Oswego and State of New York, currently residing at 307 Maple Street, Oswego, New York 13126.

       2.     That at all times hereinafter mentioned, the Defendant is a municipal corporation organized under the laws of the State of New York, with offices in the City of Oswego, New York.

       3.     That at all times hereinafter mentioned, the Defendant maintained a police department, which employed officers, including Andrew Hyde and others.

       4.     That on August 3, 2024, the Plaintiff was lawfully at 225 Duer Street in the City of Oswego and County of Oswego, New York.

       5.     That the Plaintiff was approached by the Defendant's employee, Officer Andrew Hyde, who, upon information and belief, was responding to a call from the occupant of the residence.

       6.     The Defendant's employee, Officer Hyde, engaged in a conversation with the Plaintiff which ultimately resulted in Officer Hyde taking the Plaintiff down to the ground by "sweeping" her leg. The Plaintiff advised Officer Hyde that her arm was broken. When the Plaintiff was picked up off the ground, Officer Hyde commanded her to place her arms behind her

back, but she was unable to because she again advised that her arm was broken.

7. That thereafter, another Officer (Gombas), arrived and together with Officer Hyde, both officers held the Plaintiff down on the ground, despite her telling them that her arm was broken and she was in pain. Officer Hyde did acknowledge to Officer Gombas that the Plaintiff's arm was broken.

8. That the Plaintiff was not advised that she was under arrest prior to being taken to the ground and prior to being placed in handcuffs.

9. That after the Plaintiff was on the ground and handcuffed, she was placed under arrest for Obstructing Governmental Administration in the Second, in violation of New York Penal Law § 195.05 and Resisting Arrest in violation of New York Penal Law § 205.30.

10. That the Plaintiff was then taken by ambulance to the Upstate University Hospital to be treated for injuries she sustained as a result of being brought to the ground by the Defendant's employee.

11. That at no time whatsoever did the Plaintiff strike or threaten the Defendant's employee, nor did she threaten to leave the area.

12. That the charges against the Plaintiff were Adjourned in Contemplation of Dismissal.

**AS AND FOR A FIRST CAUSE OF ACTION**

13. The Plaintiff repeats, reiterates and re-alleges each of the allegations set forth hereinabove in paragraphs "1" through "10" as if more fully stated herein.

14. That the actions of the Defendant's employee by intentionally sweeping the Plaintiff's leg and throwing the Plaintiff to the ground constitute an assault and battery against the Plaintiff.

15. By reason of the Defendant's conduct, the Plaintiff has suffered a significantly displaced ulnar fracture with anterior dislocation of the radial head/closed right anterior Monteggia fracture dislocation, suffered a miscarriage, loss of wages, medical expenses, anxiety, depression, feelings of despair, loss of sleep, pain and suffering, contusions, bruises and

lacerations, post-traumatic stress disorder, together with damage to her reputation in the community, as well as the stress and anxiety caused by having to defend against the criminal charges filed against her. Subsequently, the Plaintiff underwent a right ulnar nonunion repair with proximal tibia autograph, using a portion of her right hip.

16. That Plaintiff filed a Notice of Claim against the City of Oswego on October 31, 2024 and the claim has not been accepted or resolved.

## AS AND FOR A SECOND CAUSE OF ACTION

17. The Plaintiff repeats, reiterates and re-alleges each of the allegations set forth hereinabove in paragraphs "1" through "16" as if more fully stated herein.

18. The Defendant owed the Plaintiff a duty to act prudently and with reasonable care, to avoid the use of unnecessary and unreasonable force, to reasonably secure proper medical treatment, and to not act in a grossly negligent manner.

19. The Defendant breached these duties and was negligent and grossly negligent, acted intentionally and/or grossly negligent, and acted so recklessly as to demonstrate a substantial lack of concern as to whether injury would result, and/or acted with a willful and wanton misconduct toward the Plaintiff, breaching its duties in a number of ways, including but not limited to:

  a. Failure to communicate with the Plaintiff prior to using physical force against her;

  b. Failure to render immediate medical treatment at the scene;

  c. Failure to follow police standards before applying physical force;

  d. Failure to ascertain and understand the Plaintiff's state of mind before taking her to the ground;

  e. Any and all additional acts of gross negligence and/or willful and wanton misconduct which may become known through the course of discovery.

20. By reason of the Defendant's conduct, the Plaintiff has suffered a significantly displaced ulnar fracture with anterior dislocation of the radial head/closed right anterior Monteggia fracture dislocation, suffered a miscarriage, loss of wages, medical expenses, anxiety,

depression, feelings of despair, loss of sleep, pain and suffering, contusions, bruises and lacerations, post-traumatic stress disorder, together with damage to her reputation in the community, as well as the stress and anxiety caused by having to defend against the criminal charges filed against her. Subsequently, the Plaintiff underwent a right ulnar nonunion repair with proximal tibia autograph, using a portion of her right hip.

21. That Plaintiff filed a Notice of Claim against the City of Oswego on October 31, 2024 and the claim has not been accepted or resolved.

## AS AND FOR A THIRD CAUSE OF ACTION

22. The Plaintiff repeats, reiterates and re-alleges each of the allegations set forth hereinabove in paragraphs "1" through "21" as if more fully stated herein.

23. Defendant violated the Plaintiff's civil rights under 42 U.S.C.A § 1983, the Fourth and Fourteenth Amendments to the United States Constitution and the New York State Constitution by subjecting the Plaintiff to excessive force.

24. Defendant violated the Plaintiff's civil rights under 42 U.S.C.A § 1983, the Fourth Amendment to the United States Constitution and the New York State Constitution by falsely placing her in handcuffs.

25. Defendant violated the Plaintiff's civil rights under 42 U.S.C.A § 1983, the Fourth Amendment to the United States Constitution and the New York State Constitution by falsely arresting her.

26. Defendant violated the Plaintiff's civil rights under 42 U.S.C.A § 1983, the Fourth Amendment to the United States Constitution and the New York State Constitution by assaulting her and inflicting a battery upon her.

27. Defendant violated the Plaintiff's civil rights under 42 U.S.C.A § 1983, the Fourth Amendment to the United States Constitution and the New York State Constitution by maliciously maintaining a prosecution against her.

28. By reason of the Defendant's conduct, the Plaintiff has suffered a significantly displaced ulnar fracture with anterior dislocation of the radial head/closed right anterior Monteggia

fracture dislocation, suffered a miscarriage, loss of wages, medical expenses, anxiety, depression, feelings of despair, loss of sleep, pain and suffering, contusions, bruises and lacerations, post-traumatic stress disorder, together with damage to her reputation in the community, as well as the stress and anxiety caused by having to defend against the criminal charges filed against her. Subsequently, the Plaintiff underwent a right ulnar nonunion repair with proximal tibia autograph, using a portion of her right hip.

29. That Plaintiff filed a Notice of Claim against the City of Oswego on October 31, 2024 and the claim has not been accepted or resolved.

## AS AND FOR A FOURTH CAUSE OF ACTION

30. The Plaintiff repeats, reiterates and re-alleges each of the allegations set forth hereinabove in paragraphs "1" through "29" as if more fully stated herein.

31. That the Defendant's employee did not have reasonable suspicion that the Plaintiff was committing a crime when he approached her.

32. That the Defendant's employee did not have probable cause to believe that the Plaintiff was committing the crimes of Obstructing Governmental Administration in the Second Degree and Resisting Arrest.

33. That the Defendant's employee did not have probable cause to arrest the Plaintiff for the crimes of Obstructing Governmental Administration in the Second Degree and Resisting Arrest.

34. That the Plaintiff was arrested by the Defendant's employee after she had been taken to the ground and sustained injuries.

35. That the Plaintiff was not alleged to have intimidated the officer, nor was she alleged to have used physical force against the officer, nor physically interfere with the officer's ability to perform his investigation.

36. Because this underlying arrest was unlawful, similarly, the resulting Resisting Arrest charge was unlawful as well.

37. That the charges against the Plaintiff were ultimately dismissed as a result of an Adjournment in Contemplation of Dismissal being granted by the Oswego City Court on January

21, 2025.

38. By reason of the Defendant's conduct, the Plaintiff has suffered a significantly displaced ulnar fracture with anterior dislocation of the radial head/closed right anterior Monteggia fracture dislocation, suffered a miscarriage, loss of wages, medical expenses, anxiety, depression, feelings of despair, loss of sleep, pain and suffering, contusions, bruises and lacerations, post-traumatic stress disorder, together with damage to her reputation in the community, as well as the stress and anxiety caused by having to defend against the criminal charges filed against her. Subsequently, the Plaintiff underwent a right ulnar nonunion repair with proximal tibia autograph, using a portion of her right hip.

39. That Plaintiff filed a Notice of Claim against the City of Oswego on October 31, 2024 and the claim has not been accepted or resolved.

## AS AND FOR A FIFTH CAUSE OF ACTION

40. The Plaintiff repeats, reiterates and re-alleges each of the allegations set forth hereinabove in paragraphs "1" through "39" as if more fully stated herein.

41. That despite the Defendant having full knowledge of all the facts and independent testimony in this case, a prosecution was maintained against the Plaintiff through and including January 21, 2025, when the People agreed to offer the Plaintiff an Adjournment in Contemplation of Dismissal only if she wrote a letter of apology, at the insistence of the Oswego Police Department.

42. By reason of the Defendant's conduct, the Plaintiff has suffered a significantly displaced ulnar fracture with anterior dislocation of the radial head/closed right anterior Monteggia fracture dislocation, suffered a miscarriage, loss of wages, medical expenses, anxiety, depression, feelings of despair, loss of sleep, pain and suffering, contusions, bruises and lacerations, post-traumatic stress disorder, together with damage to her reputation in the community, as well as the stress and anxiety caused by having to defend against the criminal charges filed against her. Subsequently, the Plaintiff underwent a right ulnar nonunion repair with proximal tibia autograph, using a portion of her right hip.

43. That Plaintiff filed a Notice of Claim against the City of Oswego on October 31,

2024 and the claim has not been accepted or resolved.

    **WHEREFORE**, Plaintiff demands Judgment against the Defendant in an amount exceeding the jurisdiction of any lower Court, costs and disbursements of this action, together with such other and further relief as the Court deems just and proper.

Dated: October 9, 2025

                                                    _____
                                                   **COURTNEY S. RADICK, ESQ.**
                                                   Amdursky, Pelky, Fennell & Wallen, P.C.
                                                   Attorneys for Plaintiff
                                                   Office and Post Office Address:
                                                   26 East Oneida Street
                                                   Oswego, New York 13126-2695
                                                   Telephone.: (315) 343-6363
                                                   Email: cradick@apfwlaw.com

# VERIFICATION

STATE OF NEW YORK ) 
) ss.:
COUNTY OF OSWEGO )

**Claire E. Hosley**, being duly sworn, deposes and says that Deponent is the Plaintiff in the within matter. Deponent has read the within Summons and Verified Complaint and knows the contents thereof; that the same is true to Deponent's own knowledge except as to matters therein stated to be alleged upon information and belief and that as to such matters Deponent believes it to be true.

_____
CLAIRE E. HOSLEY

Sworn to before me this
9th day of October, 2025.

_____
Notary Public

COURTNEY S. RADICK
Notary Public, State of New York
Oswego County, REG #02RA6143466
Commission Expires April 10, 2026